LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89148
Telephone:     (702) 600-3200
Facsimile:     (702) 447-7936
E-Mail:        laa@ayonlaw.com
*Attorneys for Defendants*
*9783 Colored Wind Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2005-65CB, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-65CB,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN TERRACE HOMEOWNERS ASSOCIATION; 9783 COLORED WIND TRUST; RED ROCK FINANCIAL SERVICES, LLC; ROSALIND RAMOS; DOE INDIVIDUALS I-X, INCLUSIVE, AND ROE CORPORATIONS I-X INCLUSIVE,<br><br>Defendants, | Case No.: 2:17-cv-00984-KJD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS, RESPONSES AND REPLIES**<br><br>**(First Request)** |

Defendant 9783 Colored Wind Trust ("Colored Wind"), Plaintiff The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-65CB, Mortgage Pass Through Certificates, Series 2005-65CB ("BNYM"), Defendant Southern Terrace Homeowners Association, ("HOA"), and Defendant Red Rock Financial Services ("Red Rock"), by and through their counsel of record hereby stipulate as follows:

The deadline for Parties to file their dispositive motions was March 6, 2018. BNYM filed its Motion for Summary Judgment [Docket No. 39], however, Colored Wind, HOA and Red Rock,

AYON LAW, PLLC
8716 SPANISH RIDGE AVENUE
SUITE 115
LAS VEGAS, NEVADA 89148
PHONE: (702) 600-3200

shall be extended to and including April 5, 2018.

The deadline for Colored Wind, HOA and Red Rock to file their Opposition to BNYM's Motion for Summary Judgment filed March 6, 2018, shall remain March 27, 2018.

The deadline for BNYM to file its reply in support of its Motion for Summary Judgment, shall remain April 2, 2018.

The deadline for Parties to respond to Colored Wind, HOA and Red Rock's dispositive motions, shall be extended to and including April 19, 2018.

The deadline for Colored Wind, HOA and Red Rock to file their reply in support of their dispositive motions, shall be extended to and including April 24, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

AYON LAW, PLLC
8716 SPANISH RIDGE AVENUE
SUITE 115
LAS VEGAS, NEVADA 89148
PHONE: (702) 600-3200

Parties filing of its Pretrial Order shall be extended to May 7, 2018.

**IT IS SO STIPULATED.**

| Dated this 22nd day of March, 2018 | Dated this 22nd day of March, 2018 |
|---|---|
| **AYON LAW, PLLC**<br><br>/s/Luis A. Ayon<br>Luis A. Ayon, Esq.<br>Nevada Bar No. 9752<br>8716 Spanish Ridge Avenue, Suite 200<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant,*<br>*9783 Colored Wind Trust* | **AKERMAN, LLP**<br><br>/s/Natalie L. Winslow<br>Darren T Brenner, Esq.<br>Nevada Bar No. 8386<br>Natalie L. Winslow, Esq.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Plaintiff,*<br>*The Bank of New York Mellon* |
| Dated this 22nd day of March, 2018 | Dated this 22nd day of March, 2018 |
| **LEACH JONSON SONG & GRUCHOW**<br><br><br>/s/Timothy C. Pittsenbarger<br>Timothy C. Pittsenbarger, Esq.<br>Nevada Bar No. 13740<br>8945 W. Russell Road, Suite 330<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant,*<br>*Southern Terrace Homeowners Association* | **KOCH & SCOW, LLC**<br><br><br>/s/Steven B. Scow<br>David R. Koch, Esq.<br>Nevada Bar No. 8830<br>Steven B. Scow, Esq.<br>Nevada Bar No. 9906<br>11500 S. Eastern Avenue, Suite 210<br>Las Vegas, Nevada 89052<br>*Attorneys for Defendant,*<br>*Red Rock Financial Services* |

## ORDER

IT IS SO ORDERED.

Dated this  28th day of  March , 2018.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE